UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MAZDA MOTOR CORPORATION,                              :

                Plaintiff,                                    :

    - against -                                          :    08 Civ. 355 (NRB)
                                                          **ECF CASE**

MAERSK LINE; AP MOLLER-MAERSK A/S                     :
MAERSK SEALAND; MAERSK INC.,                             **RULE 7.1**
BURLINGTON NORTHERN AND SANTA FE          :  **DISCLOSURE STATEMENT**
RAILWAY COMPANY; BNSF RAILWAY
CO.; BURLINGTON NORTHERN SANTA FE         :
CORP.
                                                       :
                Defendants.
------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses the following companies: (See annexed list)


Date:  New York, New York
         January 11, 2008             *s/David L. Mazaroli*
                                              _____
                                              David L. Mazaroli (DM 3929)
                                              Attorney for Plaintiff
                                              11 Park Place - Suite 1214
                                              New York, New York 10007
                                              Tel.: (212)267-8480
                                              Fax.: (212)732-7352
                                              E-mail: dlm@mazarolilaw.com
                                              File No.: 8MSI-1624

Mazda Motor of America, Inc.
Mazda Canada Inc. [MCI]
Mazda Motor de Mexico, S. de R.L. de C.V.
Mazda Motors (Deutschland) G.m.b.H.
Mazda Motors (Deutschland) G.m.b.H.
Mazda Motor Logistics Europe N.V.
Mazda Motors UK Ltd.
Mazda Automobiles France S.A.S
Mazda Motor Europe G.m.b.H.
Mazda (Suisse) S.A.
Mazda Automoviles Espana, S.A.
Mazda Motor de Portugal Lda.
Mazda Motor Italia S.p.A
Mazda Austria G.m.b.H.
Mazda Sales (Thailand) Co., Ltd
Compania Colombiana Automotoriz S.A.
Mazda Australia Pty Ltd
Mazda Motors of New Zealand Ltd.
Mazda Motor (China) Co., Ltd,
Mazda Motor Rus, OOO PT.
Mazda Motor Indonesia;
AutoAlliance International, Inc.
Mazda Motor Sales Co., Ltd.
Changan Ford Mazda Automobile Co., Ltd
Changan Ford Mazda Engine Co., Ltd.