BMSI-1624

```
            MAZAROLI
            FEB 1 5 2008
            LAW OFFICE
```

## WAIVER OF SERVICE OF SUMMONS

TO:  David L. Mazaroli, Attorney for Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the action of **MAZDA MOTOR CORPORATION** v. **MAERSK LINE**, et al. v. which is case number 08 CIV. 355 (NRB) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **January 23, 2008**, or within 90 days after that date if the request was sent outside the United States.

Burlington Northern and Santa Fe Railway Company, BNSF Railway Co., Burlington Northern Santa Fe Corp.
One Santa Fe Plaza
920 Souteast Quincy Street
Topeka, KS 60601

Febr. 11, 2008
Date

Signed: *Peter M. Lee*
Name: PETER M. LEE
Title: Senior General Atty.
Company: BNSF Ry. Co.