```
                                              ┌─────────────┐
                                              │  MAZAROLI   │
                                              │             │
                                              │ FEB 2 1 2008│
DLM REF.: 8MSI-1624                           │             │
                                              │ LAW OFFICE  │
                                              └─────────────┘

                    WAIVER OF SERVICE OF SUMMONS
```

TO: David L. Mazaroli, Attorney for Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the action of **MAZDA MOTOR CORPORATION v. MAERSK LINE, et al.** which is case number **08 CIV. 355 (NRB)** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **January 22, 2008**, or within 90 days after that date if the request was sent outside the United States.

```
                        Maersk Line, A.P. Moller-Maersk
                        A/S Maersk Sealand, Maersk Inc.
                        Giralda Farms
                        Madison Avenue
                        P.O. Box 880
                        Madison, New Jersey 07940
```

2/19/08
Date

Signed: _____
Name: MASSOUD MESSIOUS
Title: D.R. CLAIMS
Company: Maersk Line