UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAZDA MOTOR CORPORATION,

        Plaintiff,
- against -

MAERSK LINE; AP MOLLER-MAERSK A/S
MAERSK SEALAND; MAERSK INC.,
BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY; BNSF RAILWAY CO.;
BURLINGTON NORTHERN SANTA FE CORP.,

        Defendants.
-------------------------------------------------------------X

ECF CASE

08 Civ. 355 (NRB)

**RULE 7.1 STATEMENT**

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendants BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY; BURLINGTON NORTHERN SANTA FE CORP.; BNSF RAILWAY COMPANY, private non-governmental parties, certifies that the following are corporate parents, subsidiaries, or affiliates of said parties which are publicly held:

See attached sheet

Dated: New York, New York
       May 2, 2008

Respectfully submitted,

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
Ronald E. Joseph (RJ9802)
Attorneys for Defendants
BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY; BNSF RAILWAY CO.;
BURLINGTON NORTHERN SANTA FE CORP.,
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

TO: LAW OFFICES,
DAVID L. MAZAROLI
David L. Mazaroli, Esq. (DM 3929)
Attorneys for Plaintiff
111 Park Place - Suite 1214
New York, New York 10007
(212) 267-8480
Fax.: (212) 732-7352

Peter J. Gutowski, Esq.
FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendants MAERSK LINE;
AP MOLLER-MAERSK A/S MAERSK SEALAND; MAERSK INC.
80 Pine Street
New York, New York 10005-1759
(212) 425-1900

461469.1 DocsNY

Burlington Northern Santa Fe Corporation (DE)

- Santa Fe Pacific Corporation (DE) 100%
  - Santa Fe Pacific Pipeline Holdings, Inc. (DE) 100%
    - Santa Fe Pacific Pipelines, Inc. (DE) 100%
- BNSF Acquisition, Inc. (DE) 100%
  - BN Leasing Corporation (DE) 100%
  - Burlington Northern Acquisition Services Inc. (TX) 100%
  - INB Corp (NV) 100%
  - M R Holdings Acquisition Company (DE) 100%
  - Midwest/Northwest Properties, Inc. (DE) 100%
  - Burlington Northern International Services, Inc. (DE) 100%
  - Burlington Northern Mexico, Inc. (DE) 100%
  - Constellation 330, Inc. (CA) 100%
  - United Partnership Management, Inc. (DE) 100%
  - Pine Canyon Land Company (DE) 100%
  - Santa Fe Pacific Insurance Company (VT) 100%
  - Santa Fe Pacific Railroad Company 100%
  - Sunset Communications Company (DE) 100%
  - Weber-Kurth Lumber Company (TX) 100%
  - The Zia Company (DE) 100%
- The Burlington Northern and Santa Fe Railway Company (DE) 100%
  - The Dodge City and Cimarron Valley Railway Company - (KS) 100%
  - Alameda Belt Line (CA) 80%
  - Oklahoma City Junction Railway Company (OK) 100%
  - Aubrey Water Company (DE) 100%
  - Santa Fe Terminal Services, Inc. (DE) 100%
  - Burlington Northern Railroad Holdings, Inc. (DE) 100%
  - Houston Belt & Terminal Railway Company (TX) 48.4%
  - M T Properties, Inc. (MN) 37.8%
  - Terminal Railroad Assn. of St. Louis (MO) 14.3%
  - Winona Bridge Railway Company (MN) 100%
  - The Gulf and Inter-State Railway Company of Texas (TX) 100%
  - Central California Traction Company (CA) 33.33%
  - St. Joseph Terminal Railroad Company (MO) 80%
  - Santa Fe Forwarding Company (DE) 100%
  - The Belt Railway Company of Chicago (IL) 16.6%
  - Burlington Northern Worldwide, Inc. (DE) 100%
  - Iowa Transfer Railway Company (IA) 20%
  - Northern Radio Limited (British Columbia) 100%
  - TTX Company (DE) 17%
  - Matvedes S.A. (Argentina) 10.87%
  - Rio Grande, El Paso and Santa Fe Railway Company (TX) 100%
  - Los Angeles Junction Railway Company (CA) 100%
  - Sunset Railway Company (CA) 80%
  - Burlington Northern Dock Corporation (DE) 100%
  - Cemex Prairie Railroad Company (DE) 80%
  - Kansas City Terminal Railway Company (MO) 20%
  - Paducah & Illinois Railroad Company (KY) 33.3%
  - Western Fruit Express Company (DE) 100%
  - Trenes de Buenos Aires, S.A. (Argentina) 10.87%
  - Stor Lake Railroad Company (DE) 100%
  - The Oakland Terminal Railway (CA) 80%
  - Texas City Terminal Railway Company (TX) 33.33%
  - Santa Fe Receivables Corporation (DE) 100%
  - Santa Fe Rail Equipment Company (DE) 100%
  - Burlington Northern (Manitoba) Limited (Manitoba) 100%
  - Electro Northern, Inc. (DE) 100%
  - Langview Switching Company (WA) 80%
  - Portland Terminal Railroad Company (OR) 40%
  - The Wichita Union Terminal Railway Company (KS) 88.8%

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

      That on the 2nd day of May, 2008, deponent served the within **RULE 7.1 STATEMENT** upon:

> LAW OFFICES,
> DAVID L. MAZAROLI
> David L. Mazaroli, Esq. (DM 3929)
> 111 Park Place - Suite 1214
> New York, New York 10007
>
> Peter J. Gutowski, Esq.
> FREEHILL HOGAN & MAHAR LLP
> 80 Pine Street
> New York, New York 10005-1759

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

      _____
      Ryan New

Sworn to before me this
2nd day of May, 2008

_____
Notary

AMEET B. KABRAWALA
Notary Public, State of New York
No. 02KA6144322
Qualified in Kings County
Commission Expires April 24, 20__