211-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendants
MAERSK LINE, AP MOLLER-MAERSK A/S,
MAERSK SEALAND and MAERSK INC.
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela Schultz  (PS 8675)
gutowski@freehill.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MAZDA MOTOR CORPORATION,

                           Plaintiff,

    - against -

MAERSK LINE; AP MOLLER-MAERSK A/S;
MAERSK SEALAND; MAERSK INC., BURLINGTON
NORTHERN AND SANTA FE RAILWAY COMPANY;
BNSF RAILWAY CO.; BURLINGTON NORTHERN
SANTA FE CORP.,

                           Defendants.
------------------------------------------------------------------x

**ECF CASE**

**08 Civ. 355 (NRB)**

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant MAERSK SEALAND, INC., certifies that there are no corporate parents, subsidiaries or affiliates that are publicly traded.

Dated: New York, New York
      May 7, 2008

                            FREEHILL, HOGAN & MAHAR LLP
                            Attorneys for Defendants
                            MAERSK LINE, AP MOLLER-MAERSK
                            A/S MAERSK, SEALAND and MAERSK INC.

                            By: _____
                                Peter J. Gutowski (PG 2200)

NYDOCS1/304179.1

                      80 Pine Street, 24th Floor
                      New York, NY 10005-1759
                      (212) 425-1900

To:   LAW OFFICES OF
       DAVID L. MAZAROLI
       Attorneys for Plaintiff
       111 Park Place – Suite 1214
       New York, New York 10007
       Attn: David L. Mazaroli, Esq.

       LANDMAN CORSI BALLAINE & FORD P.C.
       Attorneys for Defendants
       120 Broadway, 27th Floor
       New York, New York 10271-0079
       Attn: Ronald E. Joseph, Esq.