Buchwald /J

211-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendants
MAERSK LINE, AP MOLLER-MAERSK A/S,
MAERSK SEALAND and MAERSK INC.
80 Pine Street
New York, NY 10005
(212) 425-1900; (212) 425-1901 fax
Peter J. Gutowski (PG 2200)
gutowski@freehill.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MAZDA MOTOR CORPORATION,

                     Plaintiff,

- against -

MAERSK LINE; AP MOLLER-MAERSK A/S;
MAERSK SEALAND; MAERSK INC., BURLINGTON
NORTHERN AND SANTA FE RAILWAY COMPANY;
BNSF RAILWAY CO.; BURLINGTON NORTHERN
SANTA FE CORP.,

                     Defendants.
------------------------------------------------------------x

ECF CASE

08 Civ. 355 (NRB)

STIPULATION and ORDER
AMONG DEFENDANTS
REGARDING TIME FOR
FILING OF CROSS-CLAIMS

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Defendants in this action, the time within which Defendants, or any number of them, can lodge a cross-claim(s) against any other Defendant or any number of them, be and is hereby extended up to and including June 5, 2008.

Dated:   New York, New York
          May 5, 2008

NYDOCS1/304045.1

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendants
MAERSK LINE, AP MOLLER-MAERSK
A/S; MAERSK SEALAND and MAERSK INC.

By: _____
Peter J. Gutowski (PG 2200)
80 Pine Street, 24th Floor
New York, NY 10005-1759


LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
Ronald E. Joseph (RJ 9302)
Attorneys for Defendants
BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY; BNSF RAILWAY CO.;
BURLINGTON NORTHERN SANTA FE CORP.
120 Broadway, 27th Floor
New York, New York 10271-0079


So Ordered:

_____
U.S.D.J.
5/7/08

David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212) 267-8480
Fax.(212) 732-7352
e-mail: dlm@mazarolilaw.com