UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAZDA MOTOR CORPORATION,

        Plaintiff,
  - against -

MAERSK LINE; AP MOLLER-MAERSK A/S
MAERSK SEALAND; MAERSK INC.,
BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY; BNSF RAILWAY CO.;
BURLINGTON NORTHERN SANTA FE CORP.,

        Defendants.
-----------------------------------------------------------------X

ECF CASE

08 Civ. 355 (NRB)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that on behalf of defendants BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; BNSF RAILWAY CO.; and BURLINGTON NORTHERN SANTA FE CORP., the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon defendants BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; BNSF RAILWAY CO.; and BURLINGTON NORTHERN SANTA FE CORP., should be served upon the undersigned and all electronic notifications will be sent to

461811.1 DocsNY

AYao@lcbf.com.

Dated:   New York, New York
         May 9, 2008

                                        Respectfully submitted,

                                        LANDMAN CORSI BALLAINE & FORD P.C.

                                  By:   _____
                                        Arjay G. Yao (AY 0506)
                                        Attorneys for Defendants
                                        BURLINGTON NORTHERN AND SANTA FE
                                        RAILWAY COMPANY; BNSF RAILWAY CO.;
                                        BURLINGTON NORTHERN SANTA FE CORP.,
                                        120 Broadway, 27th Floor
                                        New York, New York 10271-0079
                                        (212) 238-4800

TO:   LAW OFFICES,
      DAVID L. MAZAROLI
      David L. Mazaroli, Esq. (DM 3929)
      Attorneys for Plaintiff
      111 Park Place - Suite 1214
      New York, New York 10007
      (212) 267-8480
      Fax.: (212) 732-7352

      Peter J. Gutowski, Esq.
      FREEHILL HOGAN & MAHAR LLP
      Attorneys for Defendants MAERSK LINE;
      AP MOLLER-MAERSK A/S MAERSK SEALAND; MAERSK INC.
      80 Pine Street
      New York, New York 10005-1759
      (212) 425-1900

461811.1 DocsNY

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

     **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

     That on the 9th day of May, 2008, deponent served the within **NOTICE OF APPEARANCE** upon:

        LAW OFFICES,
        DAVID L. MAZAROLI
        David L. Mazaroli, Esq. (DM 3929)
        111 Park Place - Suite 1214
        New York, New York 10007

        Peter J. Gutowski, Esq.
        FREEHILL HOGAN & MAHAR LLP
        80 Pine Street
        New York , New York 10005-1759

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                              _____
                                                      Ryan New

Sworn to before me this
9th day of May, 2008

_____
        Notary
REGINA CAJIGAS
Notary Public, State of New York
No. 01CA6032498
Qualified in Kings County
Commission Expires November 1, 20 09

461474.1 DocsNY