211-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendant A.P. Moller-Maersk A/S
80 Pine Street
New York, NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1901

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
MAZDA MOTOR CORPORATION,

                    Plaintiff,

    - against -

MAERSK LINE; AP MOLLER-MAERSK A/S;
MAERSK SEALAND; MAERSK INC.,
BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY; BNSF RAILWAY CO.;
BURLINGTON NORTHERN SANTA FE CORP.,

                    Defendants.
---------------------------------------------------------------

ECF CASE

08 Civ. 355 (NRB)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, Gina M. Venezia, a partner at Freehill Hogan & Mahar, LLP, hereby appears as additional counsel on behalf of Defendant A.P. Moller-Maersk A/S in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the address below. Ms. Venezia is admitted to practice before this Court.

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Defendant Maersk

                              By: /s/ Gina M. Venezia
                                   Gina M. Venezia (GV 1551)
                              80 Pine Street
                              New York, NY 10005
                              Tel: (212) 425-1900
                              Fax: (212) 425-1901

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA CM/ECF:**
David L. Mazaroli
Law Offices of David L. Mazaroli
111 Park Place – Suite 1214
New York, New York 10007
Attorneys for Plaintiff

Ronald E. Joseph, Esq.
LANDMAN CORSI BALLAINE & FORD P.C
120 Broadway, 27th Floor
New York, New York 10271-0079
Attorneys for Defendants BNSF

/s/ Gina M. Venezia
Gina M. Venezia

NYDOCS1/307404.1