Buchwald, J

211-08/PJG
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAZDA MOTOR CORPORATION,

                Plaintiff,

- against -

MAERSK LINE; AP MOLLER-MAERSK A/S;
MAERSK SEALAND; MAERSK INC.,
BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY; BNSF RAILWAY CO.;
BURLINGTON NORTHERN SANTA FE
CORP.,

                Defendants.

ECF CASE

08 Civ. 355 (NRB)

ORDER GRANTING LEAVE OF
COURT TO FILE THIRD-PARTY
COMPLAINT AND SETTING
CONFERENCE

---

On application of Defendant AP MOLLER-MAERSK A/S ("Maersk") to file a third-party complaint, and the pleadings and proceedings had herein,

IT IS HEREBY ORDERED that Maersk is granted leave of court to file a third-party complaint against Liberty Container Line, now known as Globerunners Inc., to be filed on or before July 9, 2008 and served on or before July 22, 2008; and

IT IS FURTHER ORDERED that the parties shall appear at a status conference in this matter on August 6, 2008.

Signed this 26th day of June 2008, at New York, New York.

                                      _____
                                      U.S. DISTRICT JUDGE

NYDOCCS1/307403.1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08