211-08/PJG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAZDA MOTOR CORPORATION,

                              Plaintiff,

- against -

MAERSK LINE; AP MOLLER-MAERSK A/S;
MAERSK SEALAND; MAERSK INC.,
BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY; BNSF RAILWAY CO.;
BURLINGTON NORTHERN SANTA FE CORP.,

                              Defendants.

ECF CASE

08 Civ. 355 (NRB)

**AFFIDAVIT OF SERVICE BY MAIL**

---

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK  )

      I, Martha J. Gadecki, being duly sworn say:

      I am not a party to this action, am over 18 years of age and with a place of business at 80 Pine Street, New York, New York 10005. On July 3, 2008, I served **Third-Party Complaint** upon:

            LAW OFFICES OF
            DAVID L. MAZAROLI
            Attorneys for Plaintiff
            111 Park Place – Suite 1214
            New York, New York 10007
            Attn: David L. Mazaroli, Esq.

            LANDMAN CORSI BALLAINE & FORD P.C.
            Attorneys for Defendants BNSF
            120 Broadway, 27th Floor
            New York, New York 10271-0079
            Attn: Ronald E. Joseph, Esq.

by depositing a true copy of same in a post-paid properly addressed wrapper, in a post-office/ official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Martha J. Gadecki*
Martha J. Gadecki

Sworn to before me on this
3rd day of July, 2008.

*Manuel A. Molina*
NOTARY PUBLIC

MANUEL A. MOLINA
Notary Public, State of New York
No. 02M06064999
Qualified in Kings County
Commission Expires Oct. 9, 2009

NYDOCS1/308000.1                            2