9175 /SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Third-Party Defendant
Globerunners Incorporated
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZDA MOTOR CORPORATION,<br><br>                    Plaintiff,<br><br>- against -<br><br>MAERSK LINE; AP MOLLER-MAERSK A/S; MAERSK SEALAND; MAERSK INC., BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; BNSF RAILWAY CO.; BURLINGTON NORTHERN SANTA FE CORP.,<br><br>                    Defendants. | ECF CASE<br><br>08 Civ. 355 (NRB)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed. R. Civ. P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Third-Party Defendant Globerunners Incorporated f/k/a Liberty Container Line, Inc. certifies upon information and belief that Third-party Defendant Globerunners Incorporated f/k/a Liberty Container Line, Inc. has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       August 1, 2008

                              CICHANOWICZ, CALLAN, KEANE,
                              VENGROW & TEXTOR, LLP
                              Attorneys for Third-Party Defendant Globerunners Inc.

                              By: / s / Stephen H. Vengrow
                                      Stephen H. Vengrow (SHV/3479)
                              61 Broadway, Suite 3000
                              New York, New York, 10006
                              (212) 344-7042